UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DYNAMIC OFFSHORE RESOURCES NS, LLC and FIELDWOOD ENERGY OFFSHORE LLC | * | CIVIL ACTION NO. _____ |
| | * | JUDGE |
| versus | | |
| | * | MAGISTRATE JUDGE |
| CLK EXPLORATION COMPANY, L.L.C. | | |
| | * | |

**COMPLAINT**

NOW COME, plaintiffs, Dynamic Offshore Resources NS, LLC ("Dynamic") and Fieldwood Energy Offshore LLC ("Fieldwood"), and, aver and allege on information and belief, as follows:

**JURISDICTION AND VENUE**

I.

This Honorable Court has subject matter jurisdiction over this action pursuant to the jurisdictional grant contained in the Outer Continental Shelf Lands Act, 43 U.S.C. § 1331 *et seq.*, particularly 43 U.S.C. § 1349(b)(1), in that the causes of action asserted herein arise from contracts pertaining to two offshore blocks, one situated in Vermilion Area, Block 161, located on the Outer Continental Shelf ("OCS"), off the coast of Vermilion Parish, Louisiana, the other situated in Grand Isle Area, Block 83, located on the OCS, off the coast of Jefferson Parish, Louisiana, and from obligations owed to the United States of America to plug and abandon wells and structures within those blocks as well as obligations to pay the respective plaintiffs for lease operating expenses.

II.

Venue is proper in this district because the oil and gas exploration operations and obligations that gave rise to the claim asserted by plaintiffs herein occurred on the Outer Continental Shelf off the coast of Louisiana.  Dynamic and CLK Exploration Company, L.L.C. held interests in an oil and gas lease located off the coast of Louisiana on the Outer Continental Shelf.  CLK Exploration Company, L.L.C. ("CLK"), Fieldwood, and Fieldwood's predecessor in interests held interests in an oil and gas leases located off the coast of Louisiana on the Outer Continental Shelf.  The obligations of these leases gave rise to certain debts, which are the basis of the claims asserted by plaintiffs herein.  CLK can be found in, or reside in, the physical jurisdiction of this Court.  Venue is therefore proper pursuant to 43 U.S.C.S. § 1349(b)(1) and 28 U.S.C. § 1391(b)(1).

**PARTIES**

III.

Plaintiff, Dynamic, is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Houston, Texas.

IV.

Plaintiff, Fieldwood is a limited liability company organized under the laws of the State of Delaware with its principal place of business in Houston, Texas, and was formally known as SandRidge Energy Offshore, LLC, which was formerly known as Dynamic Offshore Resources, LLC.

V.

Made defendant herein is CLK, a limited liability company organized under the laws of the State of Louisiana with its principal place of business in Metairie, Louisiana, and which has

appointed Curtis C. Sorrells, 112 St. Michell Drive, Kenner, Louisiana, 70065, as its registered agent for service of process.

VI.

CLK is the surviving company from the merger of CLK with CLK Exploration Company, which merger had an effective date of January 12, 1999.

## OPERATIONS AND OBLIGATIONS OF CLK
## PERTAINING TO VERMILION BLOCK 161

VII.

By an assignment and sale effective June 13, 1992, CLK acquired an undivided record title interest of 0.66140% of the Northeast quarter of the Southeast quarter of the Southeast quarter of Block 161, Vermilion Area (hereafter "VR 161"); an undivided record title interest of 1.38695% of the Northwest quarter of the Northwest quarter of the Southeast quarter of VR 161; and, an undivided record title interest of 0.27073% in the remaining portions of the entirety of VR 161, as well as the corresponding working interests and operating interests in Oil and Gas Lease No. OCS-G01127, covering all of Block 161, Vermilion Area, OCS Leasing Map, Louisiana Map No. 3 ("OCS-G01127").  OCS-G01127 and CLK's interest therein was subject to that certain agreement, entitled Amendment to Joint Operating Agreement, effective December 1, 1991 (the "VR 161 JOA"), covering VR 161 and OCS-G01127.  Pursuant to the JOA, CLK was responsible for the foregoing percentages of the costs of obligations arising out of operations in VR 161.

VIII.

Effective June 1, 2011, Dynamic was designated as the operator of VR 161 and OCS-G01127.

IX.

On December 27, 2011, OCS-G01127 terminated.  As a result, the lessees thereunder were obligated to plug and abandon all well bores, remove all platforms or other facilities and clear the ocean of all obstructions to users with respect to each lease.  30 C.F.R. § 250.700.

X.

In accordance with the VR 161 JOA, Dynamic completed the abandonment and removal operations with respect to OCS-G01127as required by the federal regulations.  CLK is obligated to reimburse Dynamic CLK's proportion of those expenses and incurred costs.  In accordance with the VR 161 JOA, CLK is also obligated to reimburse Dynamic for other lease operating expenses.

XI.

Despite proper notice and amicable demand, CLK has failed to fulfill its obligations to pay Dynamic and as a result, under the terms of the VR 161 JOA, CLK is obligated to pay interest on the sum due at the per annum rate of 10%, as well as all attorney's fees, court costs, and other costs incurred in the collection of the obligation and the prosecution of this action.

**OPERATIONS AND OBLIGATIONS OF CLK
PERTAINING TO GRAND ISLE BLOCK 83**

XII.

By an assignment and sale effective February 2, 1988, CLK acquired an undivided record title interest of 0.83300% of Block 83, Grand Isle Area (hereafter "GI 83) as well as the corresponding working interests and operating interests in Oil and Gas Lease No. OCS-G03793, covering all of Block 83, Grand Isle Area, OCS Leasing Map, Louisiana Map No. 7 ("OCS-G03793").  OCS-G03793 and CLK's interest therein was subject to that certain agreement, entitled Program Operating Agreement, January 1, 1987 (the "GI 83 JOA"), covering GI 83 and

OCS-G03793. Pursuant to the GI 83 JOA, CLK was responsible for that percentage of the costs of obligations arising out of operations in GI 83.

XIII.

Effective January 18, 2011, CKL designated Fieldwood's predecessor in interest Dynamic Offshore Resources, LLC as the operator of GI 83 and OCS-G03793. Effective June 25, 2013, Dynamic Offshore Resources, LLC changed its name to SandRidge Energy Offshore, LLC.

XIV.

In accordance with the GI 83 JOA, Fieldwood and / or its predecessors, Dynamic Offshore Resources, LLC and SandRidge Energy Offshore, LLC, has undertaken various activities to maintain production of oil and gas from GI 83 and OCS-G03793, as well as to plug and abandon certain wells, platforms, pipelines and other structures, for which CLK is obligated to reimburse Fieldwood CLK's proportion of those expenses and incurred costs. In accordance with the GI 83 JOA, CLK is also obligated to reimburse Fieldwood for other lease operating expenses.

XV.

Despite proper notice and amicable demand, CLK has failed to fulfill its obligations to pay Fieldwood and as a result, under the terms of the GI 83 JOA, CLK is obligated to pay interest on the sum due at the per annum rate of 12%, as well as all attorney's fees, court costs, and other costs incurred in the collection of the obligation and the prosecution of this action.

**DAMAGES**

XVI.

As set forth above, in accordance with the VR 161 JOA, CLK owes Dynamic $53,083.67, prejudgment interest at 10% per annum until paid, and all attorney's fees and costs associated with collection of this suit.

XVII.

As set forth above, in accordance with the GI 83 JOA, CLK owes Fieldwood $126,192.45, prejudgment interest at 12% per annum until paid, and all attorney's fees and costs associated with collection of this suit.

XVIII.

Upon information and belief, during the pendency of this action and in accordance with the VR 161 JOA and the GI 83 JOA, CLK will owe Dynamic and Fieldwood an estimated additional $42,113.10 in plugging, abandonment, decommissioning and site clearance liabilities associated with VR 161, OCS-G01127, GI 83 and OCS-G03793 (the "Additional P&A Liabilities"), as set forth in the applicable joint operating agreements.

WHEREFORE, Plaintiffs, Dynamic Offshore Resources NS, LLC and Fieldwood Energy Offshore LLC, pray that after due proceedings are had, and the expiration of legal delays, that there be judgment rendered in favor of Plaintiffs (Dynamic Offshore Resources NS, LLC and Fieldwood Energy Offshore LLC) and against Defendant, CLK Exploration Company, L.L.C. for the full and true sum of $179,276.11, an additional $42,113.10 for the Additional P&A Liabilities, together with interest on the sum due at the applicable rate of under the applicable operating agreement, as well as all attorney's fees, court costs, and other costs incurred in the collection of the obligation and the prosecution of this action.

Further, Plaintiffs, Dynamic Offshore Resources NS, LLC and Fieldwood Energy Offshore LLC, pray for all other equitable and just relief to which they may be entitled.

Respectfully submitted,

/s/ James D. Bercaw
JAMES D. BERCAW, T.A. (20492)
LAURA E. AVERY (35636)
KING, KREBS & JURGENS, PLLC
201 St. Charles, Suite 4500
New Orleans, LA 70170
504-582-3800
504-582-1233 (fax)
jbercaw@kingkrebs.com
lavery@kingkrebs.com

Attorneys for Plaintiffs, Dynamic Offshore Resources NS, LLC and Fieldwood Energy Offshore LLC

**PLEASE SERVE:**

CLK Exploration Company, L.L.C.
Through its Agent for Service of Process:
Curtis C. Sorrells
112 St. Michell Drive
Kenner, Louisiana, 70065